IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs. | § | 3:24CR01884-001 LS |
| ANGEL RENE SANCHEZ | § | USM NO. 28719-511 |

## NOTICE OF INTENTION TO/NOT APPEAL

I, ANGEL RENE SANCHEZ, state that I have been notified by my trial attorney of record, Eduardo N. Lerma, Sr., that I have the right to appeal my case. That if I do wish to appeal, I, pro se, or my appellate attorney, must file written notice within 10 days of the sentence.

I state that it is my desire to:

_____[signed]_____ TO APPEAL

_____ NOT APPEAL

I make this statement freely and voluntarily after being properly notified of my right to Appeal.

_____
Defendant: ANGEL RENE SANCHEZ

## CERTIFICATE OF SERVICE

I certify that on APRIL 29, 2025, a true and correct copy of Defendant's *Notice of Intention To/Not Appeal* served in accordance with the Federal Rules of Criminal Procedure by using the electronic filing which causes all interested parties to be served:

> **Assistant U.S. Attorney**
> **Richard Watts**, AUSA (lead attorney)
> U. S. Attorney Office
> 700 E. San Antonio Street   Ste. 200
> El Paso, TX 79905
> richard.watts@usdoj.gov

    /s/ **Eduardo N. Lerma, Sr.**
**Eduardo N. Lerma, Sr.**
SBN 12221300 – Texas
enl1417@aol.com
Attorney for Defendant